**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JENNIFER KATHLEEN WILLIAMS, | Case No. 1:26-cv-1937 JLT HBK |
| Plaintiff, | ORDER REMANDING THE MATTER PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) |
| v. | |
| FRANK BISIGNANO, Commissioner of Social Security, | ORDER DIRECTING ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANT, AND TERMINATING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AS MOOT |
| Defendant. | |
| | (Docs. 8, 10) |

Jennifer Kathleen Williams and Frank Bisignano, Commissioner of Social Security, stipulated to a voluntary remand for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). (Doc. 10.) Pursuant to the stipulation, an administrative law judge shall offer Plaintiff the opportunity for a new hearing, re-evaluate the record, and issue a new decision. (*Id.* at 1.) The parties also agree that the Court should enter judgment in favor of Plaintiff and against the Commissioner. (*Id.*) Based upon the terms of the stipulation, the Court **ORDERS**:

1.     Plaintiff's motion for summary judgment (Doc. 8) is terminated as **MOOT**.

2.     The matter is **REMANDED** for further administrative proceedings under sentence four of 42 U.S.C. § 405(g).

3.     The Clerk of Court is directed to enter judgment in favor of Plaintiff Jennifer Kathleen Williams and against Defendant Frank Bisignano, Commissioner of

Social Security, and to close this case.


IT IS SO ORDERED.

Dated:   July 8, 2026

_____
UNITED STATES DISTRICT JUDGE

2