**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JENNIFER KATHLEEN WILLIAMS,<br>Plaintiff,<br>v.<br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br>Defendant. | Case No.: 1:26-cv-01937 JLT HBK<br><br>ORDER AWARDING ATTORNEY'S FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)<br><br>(Doc. 13) |

Jennifer Kathleen Williams and Frank Bisignano, the Commissioner of Social Security, stipulated that Plaintiff shall be awarded $6,668.26 in fees and expenses under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and no costs under 28 U.S.C. § 1920. (Doc. 13 at 1-3.)

Accordingly, the Court **ORDERS**: Subject to the terms of the parties' stipulation, Plaintiff is **AWARDED** fees and expenses in the amount of $6,668.26.

IT IS SO ORDERED.

Dated: October 13, 2026

Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE